

# Missouri Court of Appeals
## Southern District

**APRIL 25, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33835

     Re:    DOUGLAS L. ATKINS,
              Movant-Appellant,
              v.
              STATE OF MISSOURI,
              Respondent-Respondent.